# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 335 WAL 2019

Respondent     :

    :   Petition for Allowance of Appeal
    :   from the Order of the Superior Court

v.     :

SHAINE S. MILLER,     :

Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.